1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHY NOVON SMITH, | ) | Case No. CV 05-5748-SVW (OP) |
|---|---|---|
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| vs. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| SCOTT KERNAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo.  The court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /
/ / /
/ / /

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) denying the Petition and dismissing this action
3 with prejudice.

5 DATED: March 4, 2010

    HONORABLE STEPHEN V. WILSON
    United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge